BERTRAM E. WILSON, Respondent, v. NEW YORK RAILWAYS CORPORATION and GENERAL TAXI CORPORATION, Appellants.— Motions for leave to appeal to Court of Appeals denied, with ten dollars costs upon each motion. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

FRED MEINHART, Plaintiff, v. JOSEPH CONTRESTA, as Vice-President and Acting President of Mixed Local No. 24, United Shoe Workers of America, and Others, Defendants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ROSARIA MIRABELLA, Respondent, v. ROCHESTER INTERURBAN BUS COMPANY, INCORPORATED (ROCHESTER RAILWAYS CO-ORDINATED BUS LINES, INCORPORATED), Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

WILLIAM N. GOKEY, as Sole Surviving Executor, etc., of WILLIAM N. GOKEY, Deceased, Plaintiff, v. GEORGE F. GOKEY, Defendant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ANDREW H. SOPHIE, Respondent, v. RICHARD T. FORD, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JOSEPH SCUTELLA, Respondent, v. COUNTY FIRE INSURANCE COMPANY OF PHILADELPHIA, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDSON J. SCHUYLER and Another, Appellants, v. TOWN OF ANGELICA, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

GAETANO BRINDIZI, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

FREDERICK J. FLEISCHMAN, Respondent, v. ROBERT H. CASEY and Another, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Application of RANDOLPH McNUTT COMPANY for a Perempory Mandamus Order Directed to WILLIAM A. ECKERT, as Comptroller of the City of Buffalo, Requiring Him to Countersign, as Such Comptroller, and Deliver to the Petitioner a Warrant for the Payment of Moneys Due the Petitioner for Goods Furnished the Board of Education of Said City under a Contract between the Petitioner and the Said Board.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J. Crouch, Taylor, Edgcomb and Thompson, JJ.